**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
DAVID HOWELL,

                Plaintiff,

    vs.                                              No. 1:09-CV-668
                                                      (NAM/DRH)

PETER T ROACH & ASSOCIATES PC,

                Defendant.

-----------------------------------------------------------------

APPEARANCES:                               OF COUNSEL:

Anthony J. Pietrafesa, Esq.
117 Christopher Lane
Altamont , NY 12009
Attorney for Plaintiff

Peter T. Roach & Associates, PC            Peter T. Roach, Esq.
125 Michael Drive
Syossett, NY 11791
Attorney for Defendant

**Hon. Norman A. Mordue, Chief U.S. District Judge**

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

    **ORDERED** that:

        1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: October 21, 2009
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge