**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------
DAVID HOWELL,

                      Plaintiff,

        vs.                                   No. 1:09-CV-668
                                                         (NAM/DRH)

PETER T ROACH & ASSOCIATES, PC.,

                      Defendant.
-------------------------------------------------------------------

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that the above-captioned case is hereby **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

DATE: January 7, 2010

_____
Norman A. Mordue
Chief United States District Court Judge